# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 9, 2024

## NO. 03-23-00475-CR

**Phillip Sueoka, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF BELL COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED AUGUST 9, 2024

---

### NO. 03-23-00476-CR

---

**Phillip Sueoka, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF BELL COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND KELLY
AFFIRMED -- OPINION BY JUSTICE BAKER**

---

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 9, 2024

### NO. 03-23-00477-CR

**Phillip Sueoka, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF BELL COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED AUGUST 9, 2024

---

### NO.  03-23-00478-CR

---

**Phillip Sueoka, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF BELL COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE BAKER**

---

This is an appeal from the judgment of conviction entered by the trial court.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment.  Therefore, the Court affirms the trial court's judgment of conviction.  Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 9, 2024

## NO. 03-23-00479-CR

**Phillip Sueoka, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF BELL COUNTY
## BEFORE JUSTICES BAKER, TRIANA, AND KELLY
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 9, 2024

## NO. 03-23-00480-CR

**Phillip Sueoka, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF BELL COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**JUDGMENT RENDERED AUGUST 9, 2024**

---

**NO. 03-23-00481-CR**

**Phillip Sueoka, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF BELL COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE BAKER**

---

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.